UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMASZ SEBASTIAN SZEPIELAK,<br><br>Defendant.<br>_____/ | Case:3:18-cr-20726<br>Judge: Cleland, Robert H.<br>MJ: Grand, David R.<br>Filed: 10-25-2018 At 04:21 PM<br>INDI USA v. Szepielak (EK)<br><br><br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**

18 U.S.C. § 2252A(a)(2) — *Receipt of Child Pornography*

From on or about May 1, 2018 to October 15, 2018, in the Eastern District of Michigan, the defendant, TOMASZ SEBASTIAN SZEPIELAK, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8)(A), and the images received by the defendant had been mailed, shipped and transported using the Internet, a means and facility of interstate and foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2).

1

## COUNT TWO

18 U.S.C. § 2252A(a)(5)(B) — *Possession of Child Pornography*

On or about May 1, 2018 to October 15, 2018, in the Eastern District of Michigan, the defendant, TOMASZ SEBASTIAN SZEPIELAK, knowingly possessed any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), and the child pornography involved prepubescent minors who had not attained 12 years of age, and the child pornography had been mailed, shipped or transported using any means or facility of interstate and foreign commerce or in or affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, shipped and transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offenses charged in the Information, the defendant, TOMASZ SEBASTIAN SZEPIELAK, shall, pursuant to 18 U.S.C. § 2253 forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

2

produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Matthew Roth*
Matthew Roth
Chief, Major Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9186

*s/Amanda Jawad*
Amanda Jawad
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9116

Date: October 25, 2018

4

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 3:18-cr-20726<br>Judge: Cleland, Robert H.<br>MJ: Grand, David R.<br>Filed: 10-25-2018 At 04:21 PM<br>INDI USA v. Szepielak (EK) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete...

### Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
|---|---|
| ☐ Yes    ☒ No | Judge Assigned:<br>AUSA's Initials: |

**Case Title:** USA v. TOMASZ SEBASTIAN SZEPIELAK

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- **no** prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 18-30546    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 25, 2018
Date

AMANDA JAWAD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9116
Fax:    313-226-2372
E-Mail address: amanda.jawad@usdoj.gov
Attorney Bar #: NY 5141155

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.